**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 08-1821**

———————

THOMAS P. JOHNSON, III,

        Plaintiff - Appellant,

     v.

MARGARET SPELLINGS, Secretary of the United States Department of Education,

        Defendant - Appellee.

———————

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Peter J. Messitte, Senior District Judge.  (8:07-cv-00671-PJM)

———————

Submitted:  October 2, 2009       Decided:  October 19, 2009

———————

Before WILKINSON and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Thomas P. Johnson, III, Appellant Pro Se.  Jason Daniel Medinger, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas P. Johnson, III, appeals the district court's order denying relief in his civil action, in which he sought declaratory and injunctive relief regarding the status of his student loans. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Johnson v. Spellings, No. 8:07-cv-00671-PJM (D. Md. July 11, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED